# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

**ELSIE BURKS, et al.**                                                                            **PLAINTIFFS**

**VS.**                                      **Case No. 03-CV-1143**

**CROSSETT SCHOOL DISTRICT**                                        **DEFENDANT**

## ORDER

Before the Court is Defendant's Motion to Dismiss. (Doc. 8). Plaintiff has responded. (Doc. 14). Defendant has also filed a reply brief. (Doc. 19). The Court finds this motion ripe for consideration.

On December 3, 2004, this Court administratively terminated this case pending the Arkansas Supreme Court's resolution of a question of law certified to it by the United States District Court for the Eastern District of Arkansas, which would be dispositive of Defendant's motion to dismiss. This Court lifted the administrative termination after the Arkansas Supreme Court issued its opinion and mandate in <u>Crenshaw v. Eudora School Dist.</u>, - - - S.W.3d - - - -, 2005 WL 1120239 (Ark. 2005) on the certified question of:

> Whether in light of <u>Lake View Sch. Dist. No. 25 v. Huckabee</u>, 351 Ark. 31, 91 S.W.3d 472 (2002) and the subsequent action of the legislative and executive branches of government of the State of Arkansas, <u>Dermott Special Sch. Dist. v. Johnson</u>, 343 Ark. 90, 32 S.W.3d 477 (2000), accurately states the current legal status of the Arkansas school districts, or whether the <u>Lake View</u> decision and subsequent actions of legislative and executive branches of government of the State of Arkansas have changed the legal status of Arkansas public school districts such that Arkansas school districts are now arms of the State of Arkansas that would be entitled to invoke sovereign immunity?

The Arkansas Supreme Court held, "we are of the view that <u>Dermott Special Sch. Dist. v. Johnson</u>, <u>supra</u>, is still good law and that school districts are merely political subdivisions of

the states." Crenshaw, supra.

Because this Court is bound to follow the decision of the Arkansas Supreme Court in this instance, and because Defendant's motion to dismiss is based on the premise underlying the question certified to the Arkansas Supreme Court, the Court finds the Defendant's motion to dismiss should be and hereby is **denied**.

**IT IS SO ORDERED** this 16th day of August, 2005.

/s/ Hon. Harry F. Barnes
Hon. Harry F. Barnes
U.S. District Judge