**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**ELSIE BURKS, et al.**                                                                 **PLAINTIFFS**

VS.                                            Case No. 03-CV-1143

**CROSSETT SCHOOL DISTRICT**                                               **DEFENDANT**

## ORDER

Before the Court is Plaintiffs' motion to compel (doc. 27) and Plaintiffs' motion to withdraw motion to compel (doc. 28). Upon consideration, the Court finds the motion to withdraw motion to compel should be and hereby is **granted** and the motion to compel should be and hereby is **denied as moot**.

**IT IS SO ORDERED** this 22nd day of November, 2005.


                                           /s/ Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            U.S. District Judge